```
                                        FILED
                                        SEP 1 2 2005
                                        CLERK, U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF CALIFORNIA
                                        BY_____
                                           DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br><br><br><br><br><br><br>THUNDER THOMAS RECTOR,<br><br><br><br>                Defendant. | NO. 1:05-CR-242-OWW-ALL<br><br><br><br>MOTION AND AFFIDAVIT REQUIRING COUNTY SHERIFF TO TRANSPORT DEFENDANT TO A PRIVATE PHYSICIAN AND PRIVATE DENTIST TO PROVIDE ADEQUATE MEDICAL CARE PURSUANT TO P.C. 4023<br><br><br>O R D E R<br><br><br><br>Date: IMMEDIATELY<br>Time:<br>Court: O. W. WANGER |

UNITED STATES MARSHAL, E.D of CA, and
TO THE SHERIFF OF FRESNO COUNTY, AND THE PERSONNEL OF THE
FRESNO COUNTY JAIL:

GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED, and DECREED pursuant to Penal Code Sec. 4023 that inmate THUNDER THOMAS RECTOR, a detainee of the United States Government, shall be brought forthwith to the dentist ~~and physician of~~ his choice by ~~Sheriff~~ U.S. Marshall personnel ~~FORTHWITH~~. Upon conclusion of treatment the ~~SHERIFF~~ U.S. Marshall is ordered to return defendant to the Fresno County Jail. ~~report the outcome of this treatment and Order~~.

~~Pursuant to P.C. 4023~~ Costs of treatment shall be paid ~~funded~~ by the defendant or his family at their own expense, and said defendant

1

1 and/or his family shall be liable for the costs incurred in
2 providing the necessary custody and security of the prisoner ONLY TO
3 THE EXTENT that such costs exceed the costs which would have been
4 incurred by the ~~County~~ United States in providing such custody and security if it
5 had provided treatment for him.

6     Dated: August 30, 2005

*[signature]*

HON. O. W. WANGER
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA