ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RAYLEEN RENEE EIDSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br>RAYLEEN RENEE EIDSON,<br><br>          Defendant. | Case No.: CR-F-05-0242 OWW<br><br>STIPULATION FOR CONTINUANCE AND ORDER THEREIN |

   IT IS HEREBY STIPULATED between the Defendants, Rayleen Renee Eidson, by and through her attorney of record, Anthony P. Capozzi, and Defendant, Thunder Thomas Rector, by and through his attorney of record, Dennis Roberts, and Plaintiff, by and through Assistant United States Attorney, Kimberly A. Kelly, that the Hearing now set for Thursday, December 15, 2005, at 12:15 p.m. be continued to Wednesday, January 11, 2006 at 12:15 p.m.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  December 13, 2005

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Rayleen Renee Eidson

Dated:  December 13, 2005

/s/ Dennis Roberts
Dennis Roberts,
Attorney for Defendant,
Thunder Thomas Rector

Dated:  December 13, 2005

/s/ Kimberly A. Kelly
Kimberly A. Kelly,
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing set for December 15, 2005, is vacated and continued to January 11, 2006 at 12:15 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  December _15__, 2005

/s/   OLIVER W. WANGER
_____
Honorable Oliver W. Wanger,
U.S. District Court Judge