McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0242 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | EVIDENTIARY MOTIONS HEARING |
| v. | ) | |
| | ) | |
| THUNDER THOMAS RECTOR, | ) | |
| RAYLEEN EIDSON, and | ) | |
| JOHN MICHAEL HALLANGER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

It is stipulated and agreed between the parties that
defendants' evidentiary motions hearing in the above matter
currently set for Tuesday, June 27, 2006, be continued until
Tuesday, July 11, 2006 at 1:30 p.m.  The parties further stipulate
and agree that the Government's response that is currently due May
30, 2006 will be due June 12, 2006, and the defendants' reply that
is currently due June 13, 2006 will be due July 3, 2006.

The parties stipulate that time will be excluded in this
matter to and through Tuesday July 18, 2006.

I hereby agree to the above stipulation.

1

Dated: 5-26-06

/s/Kimberly A. Kelly___
Kimberly A. Kelly
Assistant U.S. Attorney

I hereby consent to the above stipulation.

Dated: 5-26-06

/s/Dennis Roberts___
Dennis Roberts

I hereby consent to the above stipulation.

Dated: 5-26-06

/s/Anthony Capozzi___
Anthony Capozzi

I hereby consent to the above stipulation.

Dated: 5-26-06

/s/Robert Forkner___
Robert Forkner

**ORDER**

It is ordered that the evidentiary hearing in this matter scheduled for June 27, 2006 is continued to July 18, 2006 at 1:30 p.m., and that time is excluded through July 18, 2006.  It is further ordered that the Government's response is due by June 12, 2006 and the defendants' reply is due by July 3, 2006.

IT IS SO ORDERED.

**Dated:    June 1, 2006        _____/s/ Oliver W. Wanger_____**
emm0d6                          UNITED STATES DISTRICT JUDGE