Dennis Roberts   (S. B. No.36651)
DENNIS ROBERTS, APC
370 Grand Avenue
Oakland, CA 94610
510 465 6363
510 465 7375 facsimile
roberts_dennis@sbcglobal.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br><br><br>THUNDER THOMAS RECTOR<br><br>               Defendant. | Case No. 1:05-cr-00242-OWW-ALL<br><br>O R D E R<br><br><br>Date: July 12, 2007<br>Time:<br>COURTROOM: OWW |

   GOOD CAUSE APPEARING: It is hereby ORDERED that the bail posted by AMY ARANDA, in the sum of $50,000.00 cash be exonerated and that the same be returned to her forthwith.

   All other conditions of bail shall remain the same including mental health counseling.

IT IS SO ORDERED.


**Dated:   July 14, 2007**                    **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE