1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )        No. CR-F-05-242 OWW
                                  )
10                                )        ORDER DIRECTING UNITED
                                  )        STATES TO RESPOND TO
11               Plaintiff/       )        PETITIONER THUNDER THOMAS
                 Respondent,      )        RECTOR'S MOTION FOR POST-
12                                )        SENTENCE PRODUCTION OF
           vs.                    )        EXCULPATORY EVIDENCE WITHIN
13                                )        30 DAYS
                                  )
14  THUNDER THOMAS RECTOR,        )
                                  )
15                                )
                 Defendant/       )
16               Petitioner.      )
                                  )
17  _____)

18       On September 3, 2008, Defendant/Petitioner Thunder Thomas

19  Rector filed a motion for post-sentence production of exculpatory

20  evidence.  (Doc. 137).

21       The United States is ordered to file a response to

22  Petitioner's motion within thirty (30) days of the filing date of

23  this Order.  Petitioner's reply, if any, shall be filed within

24  fifteen (15) days thereafter.  All further proceedings shall be

25  by Order of the Court.

26  ///

                                 1

IT IS SO ORDERED.

**Dated:    September 12, 2008**                          /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE