1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )       No. CR-F-05-242 OWW
                                  )
10                                )       ORDER DIRECTING UNITED
                                  )       STATES TO SERVE PETITIONER
11                  Plaintiff/    )       WITH OPPOSITION TO MOTION
                    Respondent,   )       AND FILE PROOF OF SERVICE
12                                )
          vs.                     )
13                                )
                                  )
14  THUNDER THOMAS RECTOR,        )
                                  )
15                                )
                    Defendant/    )
16                  Petitioner.   )
                                  )
17  _____)

18       On September 3, 2008, Petitioner Thunder Thomas Rector,

19  proceeding *in pro per*, filed a motion for post-sentence

20  production of exculpatory evidence.

21       By Order filed on September 15, 2008, the United States was

22  ordered to respond within 30 days with Petitioner's reply, if

23  any, to be filed within 15 days thereafter.

24       The United States filed its opposition to Petitioner's

25  motion on October 1, 2008.  No proof of service of the opposition

26  on Petitioner is attached to the opposition or filed as a

                                  1

1  separate document.  Petitioner has not filed a reply brief.

2       The United States is ordered forthwith to serve Petitioner

3  with a copy of the opposition to his motion for post-sentence

4  production of exculpatory and to file a proof of service with the

5  Court.  Petitioner's reply, if any, in support of the motion for

6  reduction of sentence shall be filed within 15 days after receipt

7  of service of the opposition.  All further proceedings shall be

8  by order of the Court.

9       IT IS SO ORDERED.

10  **Dated:    November 6, 2008**                    **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26