1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )      No. CR-F-05-242 OWW
                                  )
10                                )      MEMORANDUM DECISION AND
                                  )      ORDER DENYING PETITIONER'S
11                Plaintiff/       )      MOTION FOR POST-SENTENCE
                  Respondent,     )      PRODUCTION OF EXCULPATORY
12                                )      EVIDENCE FOR LACK OF
            vs.                   )      JURISDICTION
13                                )
                                  )
14  THUNDER THOMAS RECTOR,        )
                                  )
15                                )
                                  )
16                Defendant/      )
                  Petitioner.     )
17                                )
   _____)
18

19       On September 3, 2008, Petitioner Thunder Thomas Rector,

20  proceeding *in pro per*, filed a "motion for post sentence

21  production of exculpatory evidence."  The United States was

22  ordered to respond.   The United States filed an opposition.

23  Petitioner was given time to file a reply brief. Petitioner has

24  not filed a reply brief.  All briefing is now complete.

25       Petitioner was charged in Count One with conspiracy to

26  manufacture, distribute and to possess with intent to distribute

                                1

1   marijuana and in Count Two with manufacture of and possession

2   with intent to deliver marijuana and aiding and abetting.

3   Petitioner pleaded guilty to Count Two pursuant to a written Plea

4   Agreement.   The Plea Agreement specifically provided:

5          Defendant knowingly and voluntarily waives
           his Constitutional and statutory rights to
6          appeal his plea, conviction and sentence.
           This waiver of appeal includes, but is not
7          limited to, an express waiver of defendant's
           right to appeal his plea, conviction and
8          sentence on any ground, including any appeal
           right conferred by 18 U.S.C. § 3742, and
9          defendant further agrees not to contest his
           plea, conviction and sentence in any post-
10         conviction proceeding, including but not
           limited to a proceeding under 28 U.S.C. §
11         2255.

12  Petitioner was sentenced on October 1, 2007 to 24 months

13  incarceration and 60 months supervised release.   Petitioner did

14  not file a Notice of Appeal.

15       As noted, on September 3, 2008, Petitioner filed his motion

16  for post-sentence production of exculpatory evidence, requesting

17  an order "requiring the government to preserve and provide him

18  any and all or actual or potential exculpatory evidence relating

19  to issues of guilt or punishment as currently known to the

20  government, its agents or representatives, either pre-sentence,

21  post sentence, or which may become known to them through due

22  diligence."   Petitioner's motion then lists eleven categories of

23  evidence.

24       The United States correctly opposes Petitioner's motion on

25  the ground that the Court lacks jurisdiction to grant the

26  requested relief.

1    "Once a judgment of conviction has been entered, a prison

2    sentence has been imposed and the defendant has begun the service

3    of his term, jurisdiction of the court over the defendant and the

4    criminal proceedings comes to an end except for such remedies as

5    may be provided by the Federal Rules of Criminal Procedure, 28

6    U.S.C. § 2255, or the all-writs section, 28 U.S.C. § 1651."

7    *United States v. Gernie*, 228 F.Supp. 329, 332 (S.D.N.Y.1964).

8        There is no basis under the Federal Rules of Criminal

9    Procedure to re-confer jurisdiction to this Court to grant

10   Petitioner's motion for post-conviction discovery.  Although

11   Petitioner might be entitled to discovery pursuant to Rule 6,

12   Rules Governing Section 2255 Proceedings for the United States

13   District Courts, Petitioner has not and cannot file a motion to

14   vacate set aside, or correct sentence pursuant to 28 U.S.C. §

15   2255 because he waived his right to do so in the Plea Agreement

16   and makes no contention that the waiver in the Plea Agreement was

17   unknowing or involuntary.  Petitioner cannot proceed pursuant to

18   the All Writs Act or 28 U.S.C. § 2241 because he cannot show that

19   relief available under Section 2255 is ineffective because of the

20   waiver.  *See United States v. Valdez-Pacheco*, 237 F.3d 1077,

21   1079-1080 (9th Cir.2001).

22       For the reasons stated above, Petitioner's "Motion for Post

23   Sentence Production of Exculpatory Evidence" is DENIED FOR LACK

24   OF JURISDICTION.

25   ///

26   ///

3

1   IT IS SO ORDERED.

2   **Dated:    December 3, 2008**                    **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26