PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**



**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

DEC 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:05CR00242-01 |
| ) | |
| Thunder Thomas RECTOR ) | |

On October 1, 2007, the above-named was sentenced to 24 months custody with 60 months of supervised release to follow, which commenced on July 10, 2009.

On September 23, 2009, this office was notified by Sergeant Keith Rakoncza with the Stanislaus County Sheriff's Department that Thunder Rector had passed away earlier that morning. He was confirmed dead by Sung-ook Baik, M.D. on October 20, 2009 (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH
United States Probation Officer**

Dated:   December 11, 2009
         Modesto, California
         SKD:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

**Re:** **Thunder Thomas Rector**
**Docket Number:   1:05CR00242-01**
**ORDER TERMINATING TERM OF SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**</u>

## ORDER OF COURT

It appearing that Thunder Thomas Rector is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

_12-11-09_  
**Date**

**Honorable Oliver W. Wanger**
**Senior United States District Judge**

(Notification copy on file)

cc:   AUSA - Kimberly A. Sanchez